# The Chicago, Alton and St. Louis Railroad Co.

*v.*

# John Stover.

New trial—*verdict against the evidence.* In this case the evidence is regarded as so conflicting as to leave no ground for disturbing the verdict of the jury.

Appeal from the Circuit Court of Sangamon county ; the Hon. John A. McClernand, Judge, presiding.

This was an action brought by Stover against the railroad company, to recover the value of certain wood alleged to have been sold and delivered by the plaintiff to the defendant. A trial by jury resulted in a verdict and judgment in favor of the plaintiff, and to reverse this judgment, the defendant appeals.

Messrs. Hay, Greene & Littler, for the appellant.

Messrs. Robinson, Knapp & Shutt, for the appellee.

Per Curiam : This was an action brought to recover the value of certain wood sold and delivered to the railway company. No question of law is raised by counsel for appellant. The case turned wholly upon the question whether the wood was such as the contract required. As to this, the evidence was so conflicting as to leave no ground for disturbing the verdict.

The judgment of the court below is affirmed.

*Judgment affirmed.*